EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte<br><br>Michelle H. Fuster Santana | 2010 TSPR 154<br><br>179 DPR _____ |

Número del Caso: TS-16,507

Fecha: 2 agosto de 2010

Abogado de la Parte Peticionaria:

Por Derecho Propio

Materia: Baja voluntaria al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte

                          16,507
Michelle H. Fuster Santana

Sala de Verano integrada por la Jueza Asociada señora Fiol Matta, como su Presidenta, la Juez Asociada señora Rodríguez Rodríguez y el Juez Asociado señor Martínez Torres.

RESOLUCIÓN

San Juan, Puerto Rico, a  2 de agosto de 2010

Examinada la Moción Solicitando Baja Voluntaria presentada por la Lcda. Michelle H. Fuster Santana, así como la comunicación presentada por la Procuradora General, se autoriza su baja voluntaria.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


                    Aida Ileana Oquendo Graulau
                  Secretaria del Tribunal Supremo